IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Stephanie S. Carbaugh     **Chapter** 13

**Debtor(s)**     Case No.: 1:09-bk-04713-MDF

# CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

GMAC
3104 Unionville Rd Ste 200
Cranberry, PA 16066-3417


Date: August 26, 2009

*Carol Anthony*
Carol Anthony, Deputy Clerk