IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
STEPHANIE S. CARBAUGH :
a/k/a STEPHANIE S. TAYLOR : CASE NO. 1:09-bk-04713MDF
    Debtor :

### ORDER DENYING CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN AND DIRECTING DEBTOR(S) TO FILE SECOND AMENDED CHAPTER 13 PLAN

Following a confirmation hearing on Debtor's First Amended Chapter 13 Plan, and upon consideration of the objection(s) thereto, it is hereby:

ORDERED that confirmation of Debtor's First Amended Chapter 13 Plan is DENIED and

FURTHER ORDERED that Debtor(s) FILE a Second Amended Chapter 13 Plan within thirty (30) days from the date of this order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

Mary D. France
Bankruptcy Judge    (MS)

Date: October 23, 2009

*This document is electronically signed and filed on the same date.*

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: BStanchak         Page 1 of 1            Date Rcvd: Oct 26, 2009
Case: 09-04713                Form ID: pdf006         Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 28, 2009.
```
db           +Stephanie S. Carbaugh,    112 N. Broad Street,    Waynesboro, PA 17268-1304
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2009**                          **Signature:**   *Joseph Speetjens*

Case 1:09-bk-04713-MDF    Doc 27    Filed 10/28/09    Entered 10/29/09 01:34:14    Desc
Imaged Certificate of Service    Page 2 of 2