IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STEPHANIE S. CARBAUGH<br>A/K/A STEPHANIE SUE CARBAUGH<br>A/K/A STEPHANIE S. TAYLOR,<br>           Debtor<br><br>GMAC MORTGAGE, LLC,<br>           Movant<br><br>    v.<br><br>STEPHANIE S. CARBAUGH<br>A/K/A STEPHANIE SUE CARBAUGH<br>A/K/A STEPHANIE S. TAYLOR<br><br>and<br><br>GEORGE H. CARBAUGH, III (Non-Filing Co-Mortagor),<br>           Respondents | Bk. No. 1:09-04713 MDF<br><br>Chapter No. 13<br><br><br>11 U.S.C. §362 |

### ANSWER TO MOTION OF GMAC MORTGAGE, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

Debtor, Stephanie S. Carbaugh, by her attorneys, DALEY ZUCKER MEILTON MINER & GINGRICH, LLC AND STEVEN P. MINER, ESQUIRE, hereby answer the Motion for Relief filed by GMAC Mortgage, LLC as follows:

1. Admitted

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied. Strict proof of same is demanded.

7. Denied.

8. Denied.

9. Denied.

Wherefore, Debtor respectfully requests that judgment be entered in her favor and that this Motion be dismissed.

Respectfully submitted,

Date: 2/4/10

_____
Steven P. Miner, Esquire
DALEY ZUCKER MEILTON
MINER & GINGRICH, LLC
1035 Mumma Road, Suite 101
Wormleysburg, PA 17043
Phone: 717-724-9821
Fax: 717-724-9826
Email: sminer@dzmmglaw.com

Attorney for Debtor