IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| STEPHANIE S. CARBAUGH : | |
| A/K/A STEPHANIE SUE CARBAUGH : | Bk. No. 1:09-04713 MDF |
| A/K/A STEPHANIE S. TAYLOR : | |
|         Debtor : | Chapter No. 13 |
| : | |
| GMAC MORTGAGE, LLC : | |
| : | |
|         Movant : | |
| : | 11 U.S.C. §362 |
| v. : | |
| : | |
| STEPHANIE S. CARBAUGH : | |
| A/K/A STEPHANIE SUE CARBAUGH : | |
| A/K/A STEPHANIE S. TAYLOR : | |
| : | |
|         Respondent : | |

## **CERTIFICATION OF DEFAULT**

PHELAN HALLINAN & SCHMIEG, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge MARY D. FRANCE on February 23, 2010.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property. Movant further certifies that the required Notice of Default was sent to Debtor and Debtor's attorney and Debtor has failed to cure the default.

                                            /s/ Joseph P. Schalk, ESQUIRE
                                            PHELAN HALLINAN & SCHMIEG, LLP
                                            1617 JFK Boulevard, Suite 1400
                                            One Penn Center Plaza
                                            Philadelphia, PA 19103
                                            Fax Number: 215-568-7616
Dated: June 2, 2010                        Email:joseph.schalk@fedphe.com