IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| STEPHANIE S. CARBAUGH | : | |
| A/K/A STEPHANIE SUE CARBAUGH | : | Bk. No. 1:09-04713 MDF |
| A/K/A STEPHANIE S. TAYLOR | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| GMAC MORTGAGE, LLC | : | |
| | : | |
| Movant | : | |
| | : | 11 U.S.C. §362 |
| v. | : | |
| | : | |
| STEPHANIE S. CARBAUGH | : | |
| A/K/A STEPHANIE SUE CARBAUGH | : | |
| A/K/A STEPHANIE S. TAYLOR | : | |
| Respondent | : | |

ORDER MODIFYING SECTION 362 AND 1301 AUTOMATIC STAY

Upon Consideration of the Motion of **GMAC MORTGAGE, LLC** (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED THAT:** The Automatic stay of all proceedings, as provided by 11 U.S.C. 362 is modified with respect to premises, **112 NORTH BROAD STREET, WAYNESBORO, PA 17268,** as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED AND DECREED THAT:** Rule 4001(a)(3) is not applicable and **GMAC MORTGAGE, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

*This document is electronically signed and filed on the same date.*

Dated: June 4, 2010