UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHANIE S CARBAUGH

/ALIAS/
      Debtor    :    CHAPTER 13
                                   :
Charles J. Dehart, III    :    CASE NO: 10904713
Chapter 13 Trustee        :
      Movant    :

vs
 STEPHANIE S CARBAUGH

/ALIAS/
      Respondent

WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on 08/04/10, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

\_\_\_\_\_ Material Default

\_\_\_\_\_ B22C/Means Test

\_\_\_\_\_ Failure to File Chapter 13 Plan

\_\_X\_\_ Failure to Provide Tax Returns

\_\_\_\_\_ Failure to Present a Confirmable Plan

\_\_\_\_\_ Failure to Provide Proof of Credit Counseling

filed on or about July 27, 2010 be withdrawn. The default has been cured.

                        Respectfully submitted,

                        /s/ Charles J. DeHart, III
                        _____
                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

    AND NOW, on 08/04/10, I, Dawn Ripple, from the office of Charles J. DeHart, III, Trustee, hereby certify that I served a copy of the Withdrawal of Motion to Dismiss indicated above first class mail, postage prepaid, unless filed electronically, addressed to the following:

```
STEVEN P. MINER, ESQUIRE
1035 MUMMA ROAD
SUITE 101
WORMLEYSBURG,  PA    17043
```

                                              /s/ Dawn Ripple
                                              _____
                                              Charles J. DeHart, III
                                              Standing Chapter 13 Trustee