```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

   IN RE:    STEPHANIE S  CARBAUGH
             Stephanie S. Taylor


                   Debtor(s)
                                      CHAPTER 13
        Charles J. DeHart, III
        Chapter 13 Trustee            CASE NO:      10904713
                Movant(s)
     vs

         STEPHANIE S  CARBAUGH
         Stephanie S. Taylor

                   Respondent(s)


              TRUSTEE'S MOTION TO DISMISS CASE
```

   COMES NOW, on  11/10/10, Charles DeHart, III, Standing
Chapter 13 Trustee for the Middle District of Pennsylvania, moves
this Honorable Court for dismissal of the above-captioned Chapter 13
bankruptcy case in accordance with Section 1307(c) of 11 U.S.C.,
due to material default by the debtor(s) with respect to the terms of
the plan.

   Notice of conference and other instructions are included with this
Motion.  NOTICE OF YOUR DISMISSAL HEARING WILL BE SENT FROM THE CLERK'S
OFFICE.

   WHEREFORE, your Trustee prays that this Honorable Court enter
an Order dismissing the above-captioned case in accordance with
11 U.S.C. Sec. 1307(c).

```
                              RESPECTFULLY SUBMITTED,
                               /s/ Charles J. DeHart, III
                              _____
                              Charles J. DeHart, III, Trustee
```

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

  IN RE:  STEPHANIE S  CARBAUGH
          Stephanie S. Taylor


                    Debtor         CASE NO:  10904713
                                   CHAPTER 13 MOTION TO DISMISS

                      NOTICE TO PARTIES IN INTEREST
```

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a conference will be held on said Motion on December 1, 2010 at 9:00 a.m.  This conference will be held in the

**Dismissal Conference Room (Courtroom 2)**
**Ronald Reagan Federal Bldg**
**3rd floor, Third and Walnut Streets**
**Harrisburg, PA**

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before November 24, 2010:

1. You have paid all arrearages and have confirmed payment with Trustee DeHart's office.  ALL payments must be made by mailing a CERTIFIED CHECK OR MONEY ORDER to the following address.  NO PERSONAL CHECKS OR CASH ACCEPTED.

```
              CHARLES J. DEHART, III
                  PO BOX 7005
               LANCASTER, PA  17604
      AMOUNT DUE AS OF  11/10/10:  $900.00
```

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court; or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE.

```
                              CHARLES J. DEHART, III, TRUSTEE
DATE:  11/10/10
```

```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


  IN RE:   STEPHANIE S  CARBAUGH



                    Debtor        CASE NO:  10904713
                                  CHAPTER 13 MOTION TO DISMISS



                    CERTIFICATE OF SERVICE


The Trustee certifies that the Debtor and his/her counsel have been
served by First Class Mail with a copy of this Motion and the Notice
on  11/10/10, at the below address unless served
electronically.



 STEVEN P. MINER, ESQUIRE
 1035 MUMMA ROAD  SUITE 101
 WORMLEYSBURG,  PA,  17043


 STEPHANIE S  CARBAUGH

 112 N. BROAD STREET
 WAYNESBORO,  PA,  17268




 ‾                                 RESPECTFULLY SUBMITTED,

                                   /s/ Charles J. DeHart, III
                                   _____
                                   Charles J. DeHart, III, Trustee
  Dated:   11/10/10
```