nttrdsm(04/10)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Stephanie S. Carbaugh<br>aka Stephanie S. Taylor<br>**Debtor(s)** | Chapter<br>Case No. | 13<br>1:09–bk–04713–MDF |

Charles J. DeHart, III (Trustee)

**Movant**

vs.

Stephanie S. Carbaugh
aka Stephanie S. Taylor

**Respondent(s)**

## NOTICE

Notice is hereby given that:

The Trustee has filed a Motion to Dismiss in the above referenced case and scheduled a conference on said Motion.

Unless resolved at the **conference** with the Trustee, a **hearing** before the Court on said Motion will be held:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building,**<br>**Bankruptcy Courtroom (3rd Floor), Third &**<br>**Walnut Streets, Harrisburg, PA 17101** | **Date: 12/1/10**<br>**Time: 09:35 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 12, 2010 |