IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 1-09-bk-04713-MDF
    STEPHANIE S. CARBAUGH :
 : 
    DEBTORS : CHAPTER 13
 :
CHARLES J. DEHART, III, ESQUIRE :
CHAPTER 13 TRUSTEE :

### STIPULATION

AND NOW, this 30 of November, 2010 the Debtor(s) and Charles J DeHart, III, Standing Chapter 13 Trustee, do hereby stipulate that the Debtor(s) elect the following in satisfaction of the Trustee's Motion to Dismiss due to delinquent plan payments:

1. **CURE DEFAULT: (CHECK ONE)**
   - ☐ Move to convert to Chapter 7 within 5 days.
   - ☐ Move to voluntarily dismiss case within 5 days.
   - ☐ Amend the plan within 30 days from the date of this Stipulation.
   - ☑ Pay the arrears within __90__ days (may not exceed 90 days) from the date of this stipulation.

2. **WAGE ATTACHMENT: (CHECK ONE)**
   - ☐ Within 30 days from the date of this stipulation, debtor(s) will file a Motion for wage attachment for payment of the regular monthly payments to the Trustee
   - ☑ Debtors(s) is unable to make payments by wage attachment because (be specific) __Independent Contractor__
   - ☐ Already wage attached, and will amend if necessary.

3. **FUTURE PAYMENTS:**
   DEBTOR(S) WILL MAKE ALL REGULAR MONTHLY PAYMENTS TO THE TRUSTEE DURING THE REMAINING TERM OF THE PLAN.

4. **DEFAULT:**
   IN THE EVENT THE DEBTOR(S) DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISSED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO PARTIES OR FURTHER HEARING.

_Charles DeHart, III_
_Standing Chapter 13 Trustee_
Charles J. DeHart, III, Trustee

_Stephanie S. Carbaugh_
Stephanie S. Carbaugh, Debtor

_____
Attorney for Debtor(s)