UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE S. CARBAUGH | : | |
| aka STEPHANIE S. TAYLOR | : | |
| Debtor(s) | : | CASE NO. 1:09-bk-04713MDF |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 46 |
| | : | |
| vs | : | |
| | : | |
| STEPHANIE S. CARBAUGH | : | |
| aka STEPHANIE S. TAYLOR | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on December 4, 2010, between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about November 10, 2010.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_Mary D. France_
Chief Bankruptcy Judge
(BS)

Dated: December 6, 2010