UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHANIE S. CARBAUGH | : | |
| a/k/a  STEPHANIE S. TAYLOR | : | |
|     Debtor(s) | : | CASE NO.  1:09-bk-04713MDF |
| | : | |
| | : | |
| CHARLES J DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| | : | |
|     vs | : | |
| | : | |
| STEPHANIE S. CARBAUGH | : | |
| a/k/a  STEPHANIE S. TAYLOR | : | |
|     Respondent(s) | : | |

**CERTIFICATE OF DEFAULT**

    AND NOW on April 7, 2011, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a stipulation, wherein the debtor(s) agreed to pay arrears of $900.00 within 90 days, in addition to regular monthly payments, and that the debtor(s) has/have defaulted in that stipulation.  Specifically, the debtor(s) is/are currently $2,400.00 in arrears and has made no plan payments.  In Accordance with said stipulation, the debtor=s case may be dismissed without further notice or hearing.

                                                      /s/Charles J DeHart, III, Trustee
                                                      Charles J DeHart, III
                                                      Standing Chapter 13 Trustee

# CERTIFICATE OF SERVICE

      AND NOW, on April 7, 2011, I, Donna Schott, from the office of Charles J DeHart, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Stephanie S. Carbaugh
112 N. Broad Street
Waynesboro, PA  17268
Debtor(s)

Steven P. Miner, Esquire
1035 Mumma Road, Suite 101
Wormleysburg, PA  17043
Attorney for Debtor(s)

                                            /s/Donna Schott
                                            Donna Schott
                                            For Charles J DeHart, III
                                            Standing Chapter 13 Trustee