IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **STEPHANIE S. CARBAUGH**<br>**A/K/A STEPHANIE S. TAYLOR**<br><br>Debtor<br><br>**CHARLES J. DEHART, III,**<br>**CHAPTER 13 TRUSTEE**<br>Movant<br>vs.<br><br>**STEPHANIE S. CARBAUGH**<br>**A/K/A STEPHANIE S. TAYLOR**<br>Respondent | Chapter: 13<br><br>Case Number: **1:09-bk-04713 MDF** |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is hereby:

**ORDERED** that the above-captioned case of the Debtor is DISMISSED.

By the Court,

_Mary D. France_
Chief Bankruptcy Judge
(ARP)

Dated: April 8, 2011