# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: BStanchak | Date Created: 4/8/2011 |
| Case: 1:09−bk−04713−MDF | Form ID: pdf001 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      GMAC MORTGAGE, LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr      Charles J. DeHart, III (Trustee)     dehartstaff@pamd13trustee.com
cr      Recovery Management Systems Corporation     claims@recoverycorp.com
aty     Joseph P Schalk     pamb@fedphe.com
aty     Michael J Connor     mjc@wcjlawoffice.com
aty     Steven P. Miner     sminer@dzmmglaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Stephanie S. Carbaugh     112 N. Broad Street     Waynesboro, PA 17268
cr      Garnet Harris     76 E. Main Street     Fayetteville, PA 17222
3303838     ALLEGHENY POWER     800 CABIN HILL DRIVE     GREENSBURG, PA 15601−2222
3423739     Allegheny Power     PO Box 1392     Fairmont WV 26555−1392
3303839     BRAD GORDON     112 N. BROAD STREET     WAYNESBORO, PA 17268
3303840     DARYL SWEETEN     112 N. BROAD STREET     WAYNESBORO, PA 17268
3303841     GMAC     3104 Unionville Rd Ste 200     Cranberry, PA 16066−3417
3317158     GMAC Mortgage, LLC     Bankruptcy Department     3451 Hammond AVE. 507−345−110     Waterloo, IA 50702
3303842     MR. GARNET HARRIS     C/O MICHAEL J. CONNER, ESQUIRE     247 LINCOLN WAY EAST     CHAMBERSBURG, PA 17201
3303843     PATRIOT FEDERAL CREDIT UNION     PO BOX 778     800 WAYNE AVE     CHAMBERSBURG, PA 17201−0718
3333694     Recovery Management Systems Corporation     25 S.E. 2nd Avenue, Suite 1120     Miami, FL 33131−1605

TOTAL: 11